UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

OSCAR MODESTO REYES,

                Defendant.
_____/

Case No. 25-cr-20720

Jonathan J.C. Grey
United States District Judge

David R. Grand
United States Magistrate Judge

**REPORT, FINDINGS, AND RECOMMENDATION**
**CONCERNING DEFENDANT'S GUILTY PLEA**

**I.    REPORT AND FINDINGS**

On September 12, 2025, defendant Oscar Modesto Reyes ("Reyes") was charged in a criminal complaint with unlawful re-entry into the United States after having previously been removed, in violation of 8 U.S.C. § 1326(a). (ECF No. 1). On September 26, 2025, an information was filed charging him with that same crime. (ECF No. 11). Reyes was arraigned on September 30, 2025, waived his right to be indicted, and entered a plea of not guilty.

On October 22, 2025, pursuant to 28 U.S.C. § 636(b), the Honorable Jonathan J.C. Grey referred this matter to the undersigned to preside over a plea hearing. (ECF No. 16). On November 24, 2025, the undersigned held the plea hearing in the duty court courtroom. Reyes and his counsel appeared before me[1] and Reyes, without the benefit of any plea

---

[1] A sworn Spanish language interpreter interpreted the proceeding for Reyes.

agreement, pled guilty to Count One of the information, unlawful re-entry into the United States, in violation of 8 U.S.C. § 1326(a).  In open court, I examined Reyes under oath, and advised and questioned him regarding each of the inquiries prescribed by Rule 11(b) of the Federal Rules of Criminal Procedure.  Following the questioning, Reyes unequivocally testified that he wished to enter a guilty plea.

Based upon Reyes' answers and demeanor, **I HEREBY FIND** that: (1) Reyes is competent to enter a plea; (2) Reyes understands the charge against him, desires to plead guilty to that charge, and entered such plea knowingly, intelligently, and voluntarily, without coercion; and (3) the offense to which Reyes pleaded guilty is supported by an independent basis in fact establishing each of the essential elements of the offense. Therefore, I have ordered the preparation of a presentence investigation report.

## II.  RECOMMENDATION

For the reasons set forth above, **IT IS RECOMMENDED** that Reyes' guilty plea be accepted, Reyes be adjudged guilty of the offense charged, and that the Court impose the sentence it determines is appropriate.

Dated: November 25, 2025  
Detroit, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report, Findings, and Recommendation but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1), Fed. R. Crim. P. 59(b)(2), and E.D. Mich.

LR 72.1(d)(1).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505, 508 (6th Cir.1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.1981).  The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir.1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir.1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

A party may respond to another party's objections within 14 days after being served with a copy.  *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1).  Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 25, 2025.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager