UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR MODESTO REYES,

    Defendant.
                               /

Case No. 25-20720
Hon. Jonathan J.C. Grey
Magistrate Judge David R. Grand

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 19)

On September 12, 2025, defendant Oscar Modesto Reyes was charged in a criminal complaint with illegal reentry into the United States after having previously been removed, in violation of 8 U.S.C. § 1326(a). (ECF No. 1). This matter comes before the Court on Magistrate Judge David R. Grand's Report and Recommendation dated November 25, 2025. (ECF No. 19.) In the Report and Recommendation, the Judge Grand states that Reyes appeared before Judge Grand on October 22, 2025 and pleaded guilty to the offense with which he was charged. Judge Grand recommends that the Court accept Reyes' guilty plea. (ECF No. 19, PageID.26.) No party has filed an objection to the Report and

Recommendation.

Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated November 25, 2025 (ECF No. 19) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Reyes' guilty plea is accepted.

**IT IS FURTHER ORDERED** that sentencing shall be held on **January 14, 2026**, with sentending memorandums due on or before January 7, 2026.

SO ORDERED.

<u>s/Jonathan J.C. Grey</u>
JONATHAN J.C. GREY
Dated: December 22, 2025     UNITED STATES DISTRICT JUDGE

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 22, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager